DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
BONFILIO TORRES-AGUIRRE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>     v.                              )<br>                                     )<br>BONFILIO TORRES-AGUIRRE,             )<br>                                     )<br>            Defendant.               )<br>_____) | No. 2:10-cr-00331-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 18, 2010, AT 9:00 A.M.<br><br>Date:  October 14, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Bonfilio Torres-Aguirre, that the Court should vacate the status conference scheduled for October 14, 2010, at 9:00 a.m., and reset it for November 18, 2010, at 9:00 a.m.

Counsel for defendant requires further time to review discovery, and to obtain and review the pre-plea advisory guideline report with Mr. Torres.

///

///

///

1

1  The parties further stipulate that the Court should exclude the
2  period from the date of this order through November 18, 2010, when it
3  computes the time within which the trial of the above criminal
4  prosecution must commence for purposes of the Speedy Trial Act.  The
5  parties stipulate that the ends of justice served by granting Mr.
6  Torres' request for a continuance outweigh the best interest of the
7  public and Mr. Torres in a speedy trial, and that this is an
8  appropriate exclusion of time for defense preparation within the
9  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

10  Dated: October 12, 2010         Respectfully submitted,

11                                  DANIEL BRODERICK
                                    Federal Defender
12
                                    /s/ M.Petrik
13                                  _____
                                    MICHAEL PETRIK, Jr.
14                                  Assistant Federal Defender

15  Dated: October 12, 2010         BENJAMIN B. WAGNER
                                    United States Attorney
16
                                    /s/ M.Petrik for
17                                  _____
                                    MICHELE BECKWITH
18                                  Assistant U.S. Attorney

19
20
21
22
23
24
25
26
27
28                                         2

**ORDER**

   **IT IS SO ORDERED.** The status conference is continued to November 18, 2010, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through November 18, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: October 15, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3